STATE of Missouri, Respondent,

v.

Joseph MANGIARACINA, Appellant.

Joseph MANGIARACINA, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48139, WD 49513.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Stephen J. Harris, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from convictions of assault in the first degree (§ 565.050 RSMo 1986) and armed criminal action (§ 571.015.1 RSMo 1986) and from the denial of defendant's Rule 29.15 motion for post-conviction relief following an evidentiary hearing.

Affirmed.   Rules 30.25(b) and 84.16(b).

■

STATE of Missouri, Respondent,

v.

Gary HOPKINS, Appellant.

Gary HOPKINS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48023, WD 49600.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from second degree murder, § 565.021, RSMo.1986, and armed criminal action, § 571.015, RSMo.1986, and from the denial of defendant's Rule 29.15 motion for post conviction relief following an evidentiary hearing.

Affirmed.   Rules 30.25(b) and 84.16(b).